IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GUADALUPE MARTINEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cv-1394-DWD |
| | ) |
| JAROD PETERS, | ) |
| CHRISTOPHER GEISEN, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On March 4, 2022, the Court directed Plaintiff Guadalupe Martinez to file an amended complaint within 30 days. (Doc. 13). To date, the Court has not received an amended complaint or any other correspondence from Plaintiff. Mail was returned as undeliverable on March 28, 2022, but it was resent the same day, and it has not been returned again. A plaintiff is responsible for keeping the Court apprised of a change in address. The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order. Accordingly, the Court will dismiss this matter with prejudice for failure to state a claim and failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: April 27, 2022

DAVID W. DUGAN
United States District Judge